**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY ICHIHANA,** | Case No. 3:10-CV-05294-JL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MIG CAPITAL MANAGEMENT, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 26th day of January, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 26th day of January, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable James Larson
United States District Court
Northern District of California

A Copy mailed on this 26th day of January, 2011, to:

MIG Capital Management, Inc.
Attn: Maritza Soilla
5811 Memorial Hwy Ste 207
Tampa, FL 33615-5000

This 26th day of January, 2011.

s/Todd M. Friedman
Todd M. Friedman