Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY ICHIHANA,** | Case No. 3:10-CV-05294-JL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MIG CAPITAL MANAGEMENT, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 26th day of January, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 26th day of January, 2011, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable James Larson
   United States District Court
6  Northern District of California

7

8  A Copy mailed on this 26th day of January, 2011, to:

9  MIG Capital Management, Inc.
   Attn: Maritza Soilla
10 5811 Memorial Hwy Ste 207
   Tampa, FL 33615-5000
11

12 This 26th day of January, 2011.

13
   s/Todd M. Friedman
14 Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28